```
UNITED STATES DISTRICT COURT                        ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
         -v-                             :   INDICTMENT
                                         :
CARLOS MORENO,                           :   S3 06 Cr. 517 (GEL)
    a/k/a "Cocho,"                       :
JAIME ADRIAN ELIZOND,                    :
    a/k/a "Reynaldo Garcia,"             :
    a/k/a "Jaime,"                       :
CESAR E. LANUZA,                         :
CHARLES SCOTT,                           :
    a/k/a "Little Bear,"                 :
HORACIO AGUIRRE,                         :
CARLOS REYES,                            :
JOSE AGUILAR,                            :
NATIVIDAD MORENO,                        :
    a/k/a "Junior,"                      :
    a/k/a "Pinky,"                       :
MARIO MORQUECHO-ANZALDUA,                :
    a/k/a "Luis Cabada-Trevina,"         :
AURELIO GARCIA JR.,                      :   USDC SDNY
McARTHUR MARTIN,                         :   DOCUMENT
    a/k/a "Edwin,"                       :   ELECTRONICALLY FILED
    a/k/a "Luis," and                    :   DOC #: _____
ERICK INFANTE,                           :   DATE FILED: SEP 2 5 2006
                                         :
                    Defendants.          :
                                         :
- - - - - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

1. From at least in or about 2005, through and including in or about July 2006, in the Southern District of New York and elsewhere, CARLOS MORENO, a/k/a "Cocho," JAIME ADRIAN ELIZOND, a/k/a "Reynaldo Garcia," a/k/a "Jaime," CESAR E. LANUZA, CHARLES SCOTT, a/k/a "Little Bear," HORACIO AGUIRRE, CARLOS REYES, JOSE AGUILAR, NATIVIDAD MORENO, a/k/a "Junior," a/k/a "Pinky," MARIO MORQUECHO-ANZALDUA, a/k/a "Luis Cabada-Trevina,"

AURELIO GARCIA JR., McARTHUR MARTIN, a/k/a "Edwin," a/k/a "Luis," and ERICK INFANTE, the defendants, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that CARLOS MORENO, a/k/a "Cocho," JAIME ADRIAN ELIZOND, a/k/a "Reynaldo Garcia," a/k/a "Jaime," CESAR E. LANUZA, CHARLES SCOTT, a/k/a "Little Bear," HORACIO AGUIRRE, CARLOS REYES, JOSE AGUILAR, NATIVIDAD MORENO, a/k/a "Junior," a/k/a "Pinky," MARIO MORQUECHO-ANZALDUA, a/k/a "Luis Cabada-Trevina," AURELIO GARCIA JR., McARTHUR MARTIN, a/k/a "Edwin," a/k/a "Luis," and ERICK INFANTE, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

### Overt Acts

    3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a.   On or about March 14, 2006, CARLOS MORENO, a/k/a "Cocho," the defendant, contacted the Greyhound Bus

2

Company.

   b. On or about March 15, 2006, MORENO spoke by telephone with McARTHUR MARTIN, a/k/a "Edwin," a/k/a "Luis," the defendant.

   c. On or about March 15, 2006, CESAR E. LANUZA, the defendant, drove with JAIME ADRIAN ELIZOND, a/k/a "Reynaldo Garcia," a/k/a "Jaime," the defendant, to a bus station in Conroe, Texas.

   d. On or about March 15, 2006, ELIZOND possessed approximately two kilograms of mixtures and substances containing a detectable amount of cocaine.

   e. On or about March 21, 2006, AURELIO GARCIA, the defendant, spoke by telephone with MORENO.

   f. On or about March 21, 2006, AURELIO GARCIA possessed approximately 82 kilograms of mixtures and substances containing a detectable amount of cocaine.

   g. On or about March 23, 2006, LANUZA received approximately $1000 by wire transfer.

   h. On or about April 8, 2006, AURELIO GARCIA possessed approximately 10 to 15 kilograms of mixtures and substances containing a detectable amount of cocaine.

   i. On or about April 21, 2006, LANUZA met with a co-conspirator not named as a defendant herein ("CC-1") in New York, New York.

   j. On or about April 25, 2006, HORACIO AGUIRRE,

the defendant, spoke by telephone with MORENO.

       k.   On or about April 25, 2006, CHARLES SCOTT, a/k/a "Little Bear," spoke by telephone with MORENO.

       l.   On or about April 25, 2006, ERICK INFANTE, the defendant, spoke by telephone with MORENO.

       m.   On or about April 26, 2006, MORENO traveled through the Bronx, New York, to Boston, Massachusetts.

       n.   On or about April 26, 2006, SCOTT possessed approximately 10 kilograms of mixtures and substances containing a detectable amount of cocaine, approximately $100,000 in cash, and two firearms.

       o.   On or about April 26, 2006, MARIO MORQUECHO-ANZALDUA, a/k/a "Luis Cabada-Trevina," the defendant, spoke with MORENO by telephone.

       p.   On or about April 29, 2006, NATIVIDAD MORENO, a/k/a "Junior," a/k/a "Pinky," the defendant, spoke by telephone with a co-conspirator not named as a defendant herein ("CC-2").

       q.   On or about April 29, 2006, in the Bronx, New York, MORENO spoke with MARTIN by telephone.

       r.   On or about May 1, 2006, in the Bronx, New York, MORENO spoke with CARLOS REYES, the defendant, by telephone.

       s.   On or about May 1, 2006, REYES possessed approximately 10 kilograms of mixtures and substances containing a detectable amount of cocaine.

t.  On or about July 10, 2006, JOSE AGUILAR, the defendant, possessed approximately 10 kilograms of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Section 846.)

Forfeiture Allegations as to Count One

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, CARLOS MORENO, a/k/a "Cocho," JAIME ADRIAN ELIZOND, a/k/a "Reynaldo Garcia," a/k/a "Jaime," CESAR E. LANUZA, CHARLES SCOTT, a/k/a "Little Bear," HORACIO AGUIRRE, CARLOS REYES, JOSE AGUILAR, NATIVIDAD MORENO, a/k/a "Junior," a/k/a "Pinky," MARIO MORQUECHO-ANZALDUA, a/k/a "Luis Cabada-Trevina," AURELIO GARCIA JR., McARTHUR MARTIN, a/k/a "Edwin," a/k/a "Luis," and ERICK INFANTE, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 970, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of the Indictment.

Substitute Asset Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of CARLOS MORENO, a/k/a "Cocho," JAIME ADRIAN ELIZOND, a/k/a "Reynaldo Garcia,"

5

a/k/a "Jaime," CESAR E. LANUZA, CHARLES SCOTT, a/k/a "Little Bear," HORACIO AGUIRRE, CARLOS REYES, JOSE AGUILAR, NATIVIDAD MORENO, a/k/a "Junior," a/k/a "Pinky," MARIO MORQUECHO-ANZALDUA, a/k/a "Luis Cabada-Trevina," AURELIO GARCIA JR., McARTHUR MARTIN, a/k/a "Edwin," a/k/a "Luis," and ERICK INFANTE, the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of CARLOS MORENO, a/k/a "Cocho," JAIME ADRIAN ELIZOND, a/k/a "Reynaldo Garcia," a/k/a "Jaime," CESAR E. LANUZA, CHARLES SCOTT, a/k/a "Little Bear," HORACIO AGUIRRE, CARLOS REYES, JOSE AGUILAR, NATIVIDAD MORENO, a/k/a "Junior," a/k/a "Pinky," MARIO MORQUECHO-ANZALDUA, a/k/a "Luis Cabada-Trevina," AURELIO GARCIA JR., McARTHUR MARTIN, a/k/a "Edwin," a/k/a "Luis," and ERICK INFANTE, the defendants, up

value of the above forfeitable property.

(Title 21, United States Code, Sections 853 and 970.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS MORENO,
a/k/a "Cocho,"
JAIME ADRIAN ELIZOND,
a/k/a "Reynaldo Garcia,"
a/k/a "Jaime,"
CESAR E. LANUZA,
CHARLES SCOTT,
a/k/a "Little Bear,"
HORACIO AGUIRRE,
CARLOS REYES,
JOSE AGUILAR,
NATIVIDAD MORENO,
a/k/a "Junior,"
a/k/a "Pinky,"
MARIO MORQUECHO-ANZALDUA,
a/k/a "Luis Cabada-Trevina,"
AURELIO GARCIA JR.,
McARTHUR MARTIN,
a/k/a "Edwin,"
a/k/a "Luis," and
ERICK INFANTE,

Defendants.

## INDICTMENT

S3 06 CR 517 (GEL)

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.