UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMER MIGUEL MEJIA MARTINEZ,<br>a/k/a "Erick Infante,"<br><br>Defendant. | **ORDER**<br><br>S6 06 Cr. 517 (LAP) |

IT IS HEREBY ORDERED that:

1. The following documents, previously filed under seal, are hereby unsealed, and the Clerk of Court is respectfully directed to file these documents on the Court's public docket: (a) Superseding Information S6 06 Cr. 517 (LAP), filed August 3, 2007; (b) the Waiver of Indictment form of defendant Romer Miguel Mejia Martinez, a/k/a "Erick Infante," filed August 3, 2007; and (c) the Minute Entry for the defendant's August 3, 2007 change of plea hearing before Magistrate Judge Pitman. All other documents and transcripts filed under seal shall remain sealed absent further order of the Court.

2. The Court's prior delayed-docketing order is hereby prospectively lifted. Absent further order of the Court, all future filings and proceedings in this case, including the Minute Entry for the defendant's sentencing proceeding and the judgment of conviction, shall be publicly filed on the Court's electronic docket.

SO ORDERED.

Dated:   New York, New York
         November 17, 2022

                                                                   _____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK